1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:**<br><br>**BESSIE BANKS,**<br><br>                              **Debtor.** | **Chapter 13**<br><br>**Bankruptcy No.  05-41911**<br><br>**Internal Appeal No.  06-T006**<br><br>**USDC Case No. C06-5289-RBL** |
| **Lawrence Warfield, solely in his capacity as Receiver appointed by the United States District Court for the Northern District of Texas, Civil Action No. 03-02-CV0605H**<br><br>                              **Plaintiff,**<br><br>         v.<br><br>**Bessie Banks** | **STIPULATION AND ORDER DISMISSING APPEAL** |

## I. STIPULATION FOR ORDER DISMISSING APPEAL AND CLOSING CASE

Come now the parties, by their attorneys, and stipulate to entry of the following order without further notice.

## II. ORDER

ORDERED, ADJUGED AND DECREED, that this appeal is dismissed.

Warfield_Banks Stipulation

Page 1

**Wood & Jones, P.S.**
303 North 67th Street
Seattle, WA 98103-5209
(206) 623-4382

1

2 DATED this 1st day of February, 2007.

3

4

5 _____
RONALD B. LEIGHTON
6 UNITED STATES DISTRICT JUDGE

7 Presented by:

8 WOOD & JONES, P.S.

By:  /s/ Denice E. Moewes
9     Denice E. Moewes, WSBA #19464
    Attorneys for Appellant
10    Lawrence J. Warfield

*Approved as to form; notice
11 of presentation waived:*

12 EISENHOWER & CARLSON

13 By: /s/ Donald L. Anderson
    Donald L. Anderson, WSBA #8373
14    Attorney for Debtor
    Bessie Banks

15
*Approved as to form; notice
of presentation waived:*
16
SHILITO & GISKE, P.S.
17

By: /s/ Noel Shilito
18    Noel Shilito, WSBA #6764
    Attorney for Debtor
19    Bessie Banks

Warfield_Banks Stipulation

Page 2

**Wood & Jones, P.S.**
303 North 67th Street
Seattle, WA 98103-5209
(206) 623-4382